PROB 35A DEATH (CAE ONLY)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date—Notice of Death**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Docket No: 0972 2:07CR00096-001 |
| ) | |
| Mark C. Anderson ) | |
| ) | |

On February 7, 2012, the above-named was sentenced to Supervised Release for a period of 5 years. Supervision commenced on October 6, 2022.

On January 13, 2023, I was notified by Cynthia Witten, Mr. Anderson's long-time friend, that Mark C. Anderson was confirmed deceased by the U.C. Davis Medical Center.  A copy of the Mr. Anderson's death certificate was received by U.S. Probation on February 1, 2023.  It is accordingly recommended this case be closed.

**Respectfully submitted,**                                            **Reviewed by,**

*/s/ Steven J. Sheehan*                                                 */s/ Shannon L Morehouse*

**Steven J. Sheehan**                                                       **Shannon L Morehouse**
Sr. United States Probation Officer                   Supervising United States Probation Officer

Dated:   February 6, 2023
            Sacramento, California
            SJS:sjs

**Re:** Mark C. Anderson
**Docket Number:** 0972 2:07CR00096-001
<u>Report and Order Terminating Supervised Release
Prior to Original Expiration Date—Notice of Death</u>

---

## ORDER OF COURT

It appears that Mark C Anderson is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

| | |
|---|---|
| February 8, 2023 | _____ |
| **Date** | **Kimberly J. Mueller** |
| | **Chief United States District Judge** |

(Notification copy on file)

cc: AUSA—Samuel Stefanki and Rosanne Rust
FLU Unit—United States Attorney's Office (victim notification and/or offender estate)
Fiscal Clerk—Clerk's Office